### MOYE *v.* PAUL.

LUMPKIN, J. This case is controlled by the decision in *Fortune* v. *Braswell*, ante, 609 (77 S. E. 818).
                              *Judgment reversed. All the· Justices concur.*
                              APRIL 18, 1913.

Action for damages. Before Judge Worrill. Randolph superior court. February·3, 1912.

*M. C. Edwards* and *R. L. Moye,* for plaintiff in error.
*James W. Harris,* contra.